884

No. 365.   T. A. LOVING & CO. ET AL. *v.* UNITED STATES. Court of Claims.   Certiorari denied.   *Paul W. Steer* for petitioners.   *Solicitor General Sobeloff, Assistant Attorney General Burger, Samuel D. Slade* and *Lionel Kestenbaum* for the United States.

No. 367.   LARROSE *v.* WYMAN, COMMANDING OFFICER. C. A. 9th Cir.   Certiorari denied.   *Wayne M. Collins* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia H. Dubrovsky* for respondent.

No. 368.   NEW YORK CENTRAL RAILROAD CO. *v.* RUDDY ET AL.   C. A. 2d Cir.   Certiorari denied.   *Thomas S. Kernan* for petitioner.   *William Paul Allen* for Ruddy, respondent.

No. 369.   PAGANO *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.   *Bernard Tompkins* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 370.   KANSAS CITY POWER & LIGHT CO. ET AL. *v.* McKAY, SECRETARY OF THE INTERIOR, ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Raymond T. Jackson, John R. Baskin, Richard L. Arnold, E. Fontaine Broun* and *Henry T. Rathbun* for petitioners.   *Irvin Fane* for the Kansas City Light & Power Co., *A. Z. Patterson* for the Missouri Public Service Co. et al., *J. D. James* for the Missouri Power & Light Co., and *Robert B. Oliver, Jr.* for the Missouri Utilities Co., petitioners.   *Solicitor General Sobeloff, Assistant Attorney General Burger, Paul A. Sweeney* and *Morton Liftin* for respondents.